UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
RICHARD BOSSUK,                       :     21cv8273 (DLC)
                                      :           (GWG)
                   Plaintiff,         :
         -v-                          :     ORDER
                                      :
AUGUST SPORTSWEAR, INC. and JASON     :
LIVERMORE,                            :
                                      :
                   Defendants.        :
                                      :
-------------------------------------X

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes.  On May 12, 2022 the above captioned case was referred to Magistrate Judge Gabriel W. Gorenstein for general pretrial and specific non-dispositive motion/dispute purposes.  It is hereby

    ORDERED that the general pretrial referral is vacated.

    IT IS FURTHER ORDERED that the action is referred to Magistrate Judge Gabriel W. Gorenstein for settlement purposes.

Dated:    New York, New York
          August 23, 2022

                                         _____
                                              DENISE COTE
                                         United States District Judge