```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
RICHARD BOSSUK,                          :     21cv8273 (DLC)
                                         :        (GWG)
                    Plaintiff,           :
           -v-                           :     ORDER
                                         :
AUGUST SPORTSWEAR, INC. and JASON        :
LIVERMORE,                               :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes. On May 12, 2022 the above captioned case was referred to Magistrate Judge Gabriel W. Gorenstein for general pretrial and specific non-dispositive motion/dispute purposes. It is hereby

    ORDERED that the specific non-dispositive motion/dispute referral is vacated.

Dated:    New York, New York
            August 24, 2022

                                            _____
                                                 DENISE COTE
                                      United States District Judge