```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv8273 (DLC)
RICHARD BOSSUK,                          :
                                         :
                        Plaintiff,       :
            -v-                          :    ORDER
                                         :
AUGUSTA SPORTSWEAR, INC. and JASON       :
LIVERMORE                                :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 15, 2022, the defendants filed a letter requesting discovery of the plaintiff's tax returns. On August 17, the plaintiff filed a response. Accordingly, it is hereby

ORDERED that for the reasons stated on the record at the pretrial conference on September 2, 2022, the defendant's request for discovery of the plaintiff's tax returns is denied.

IT IS FURTHER ORDERED that the following schedule shall govern the further conduct of pretrial proceedings in this case:

- The following motion will be served by the dates indicated below.

  Motion for Summary Judgment

  - Motion served by **November 4, 2022**.
  - Opposition served by **December 2, 2022**.
  - Reply served by **December 16, 2022**.

- In the event that no motion is filed, the Joint Pretrial Order must be filed by **November 4, 2022**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

Dated:   New York, New York
         September 2, 2022

                                    _____
                                    DENISE COTE
                                    United States District Judge