```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    21cv8273(DLC)
RICHARD BOSSUK,                       :
                                      :
                     Plaintiff,       :    ORDER
          -v-                         :
                                      :
AUGUSTA SPORTSWEAR, INC. and JASON    :
LIVERMORE,                            :
                                      :
                     Defendants.      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On November 4, 2022, the defendants moved to dismiss the complaint pursuant to Rule 12(b)(3), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that the plaintiff shall file any opposition to the motion to dismiss by **December 2, 2022**. Defendants' reply, if any, shall be filed by **December 16, 2022**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         November 7, 2022

                                   _____
                                         DENISE COTE
                                   United States District Judge