UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :   21cv8273(DLC)
RICHARD BOSSUK,                        :
                                       :
                        Plaintiff,     :   ORDER
            -v-                        :
                                       :
AUGUSTA SPORTSWEAR, INC. and JASON     :
LIVERMORE,                             :
                                       :
                        Defendants.    :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

On November 4, 2022, the defendants moved to dismiss the complaint pursuant to Rule 12(b)(3), Fed. R. Civ. P.  Under Rule 12, "[a] motion asserting" the defense of improper venue "must be made before pleading if a responsive pleading is allowed."  Fed. R. Civ. P. 12(b).  The defendants did not make a Rule 12(b)(3) motion prior to filing their answer.  Therefore, the defendants may not move to dismiss the complaint under Rule 12.  Accordingly, it is hereby

ORDERED that the defendants' November 4 motion to dismiss is terminated.

IT IS FURTHER ORDERED that the November 7, 2022 Order setting a briefing schedule for the motion is vacated.

Dated:   New York, New York
         November 8, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge