```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
RICHARD BOSSUK,                           :
                                          :
                          Plaintiff,      :
                                          :    21cv8273 (DLC)
              -v-                         :
                                          :        ORDER
AUGUSTA SPORTSWEAR, INC. et al.,          :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On November 22, 2022, the defendants moved for reconsideration of a November 8 Order terminating the defendants' November 4 motion to dismiss. Rule 12(b), Fed. R. Civ. P., states, "A motion asserting any of [the defenses listed in Rule 12(b)] must be made before pleading if a responsive pleading is allowed." Rule 12(b) motions to dismiss under those listed defenses that are filed after an answer are untimely. See, e.g., Lehrer v. J&M Monitoring, Inc., No. 20cv6956, 2022 WL 2392441, at *4 (S.D.N.Y. July 1, 2022) (collecting cases).

Therefore, it is hereby

ORDERED that the defendants' November 22 motion for reconsideration is denied.

Dated:     New York, New York
           November 28, 2022

                                   _____
                                        DENISE COTE
                                   United States District Judge