```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
RICHARD BOSSUK,                        :
                                       :
                        Plaintiff,     :   21cv8273 (DLC)
              -v-                      :
                                       :        ORDER
AUGUSTA SPORTSWEAR, INC. and JASON     :
LIVERMORE                              :
                                       :
                        Defendants.    :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On November 4, 2022, the defendants filed a motion for summary judgment and a motion to dismiss for improper venue. On November 8, the motion to dismiss for improper venue was denied. On December 7, 2022, defendants filed a motion under 28 U.S.C. § 1404(a) to transfer this case to the Southern District of Georgia or the Middle District of Florida.

Plaintiff's opposition to the pending motion for summary judgment is currently due December 16, and defendants' reply is due January 6, 2023. In their motion to transfer, defendants request that briefing on the motion for summary judgment be suspended. On November 18, the Court ordered that there shall be no further extension of the summary judgment briefing deadlines. Accordingly, it is hereby

ORDERED that any opposition to the motion to transfer is due January 6, 2023. Any reply is due January 20. At the time

any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the request to suspend the briefing on the motion for summary judgment is denied.

Dated:   New York, New York
         December 8, 2022

```
                              _____
                                     DENISE COTE
                              United States District Judge
```