```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   21cv8273(DLC)
RICHARD BOSSUK,                       :
                                      :
                     Plaintiff,       :        ORDER
           -v-                        :
                                      :
AUGUSTA SPORTSWEAR, INC. and JASON    :
LIVERMORE,                            :
                                      :
                     Defendants.      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the defendants' motion to transfer the case to the United States District Court for the Southern District of Georgia or the Middle District of Florida, it is hereby

ORDERED that by **February 16, 2023**, the plaintiff shall notify the Court if he has a preference between the United States District Court for the Southern District of Georgia or the United States District Court for the Middle District of Florida.

Dated:   New York, New York
         February 14, 2023

                                   _____
                                           DENISE COTE
                                   United States District Judge